McMahon, C.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BRYAN C. KELLER,
    Plaintiff,

v.

Case No.: 1:13-cv-9001-CM

ALLIED INTERSTATE, LLC f/k/a ALLIED INTERSTATE, INC.
    Defendant

3/24/14

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

_____
Nana Japaridze, Esquire
Reed Smith, LLP
599 Lexington Ave., 28th Fl.
New York, NY 10022
Phone: (212) 521-5400
Fax: (212) 521-5450
Email: njaparidze@reedsmith.com
Attorney for the Defendant

Date: March 21, 2014

_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
1001 Avenue of the Americas, 12th Floor
New York, NY 10018
Phone: (212) 719-7543
Fax: (800) 863-1689
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: March 21, 2014

BY THE COURT:

_____ J.

3/24/2014